**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WILLIAM SNYDER,**

    **Plaintiff,**

v.                                                Case No.  8:07-cv-1282-T-30TBM

**HOFFMAN-LAROCHE, INC., et al.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Response to this Court's Order to Show Cause (Dkt. 30).  On April 22, 2008, Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. (together, "Defendants") filed a Renewed Motion for Summary Judgment and Unopposed Motion to File Exhibits Under Seal.  On April 24, 2008, the Court granted the Motion to File Exhibits Under Seal.  The subject documents were filed with Court and sealed by the Clerk on April 25, 2008.

On May 20, 2008, due to Plaintiff's failure to timely respond to the Motion, the Court ordered Plaintiff to show cause why the Court should not consider said Motion without the benefit a response.  Plaintiff has responded, claiming Defendants have failed to serve the sealed exhibits on Plaintiff.  Further, Plaintiff argues the PACER docket records do not reference the filing or sealing of the subject documents.

A review of the file reveals that although the documents were filed and sealed on April 25, 2008, no reference to the filing was made publicly available until May 20, 2008.

Accordingly, the Court concludes Plaintiff's request for additional time to respond to the Motion for Summary Judgment should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants shall serve Plaintiff with the sealed documents identified as Exhibits A-C to Defendants' Renewed Motion for Summary Judgment within five (5) days of the date hereof.

2. Plaintiff shall respond to Defendants' Renewed Motion for Summary Judgment within thirty (30) days of the date hereof.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1282.osc 30.wpd